UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE G. BARAJAS GOMEZ,<br><br>                        Petitioner,<br><br>    v.<br><br>DAN WHITE,<br><br>                        Respondent. | Case No. C22-5897-MJP-MLP<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court on Respondent's motion for an extension of time to file an answer to Petitioner's petition for writ of habeas corpus. (Dkt. # 8.) Petitioner has not opposed the motion. The Court, having reviewed Respondent's motion, and the balance of the record, hereby ORDERS as follows:

(1)    Respondent's motion for an extension of time to file his answer to Petitioner's federal habeas petition (dkt. # 8) is GRANTED. Respondent is directed to file and serve his answer not later than *March 13, 2023*.

//

//

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME - 1

(2)  The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Marsha J. Pechman.

DATED this 28th day of February, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME - 2