UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSE G. BARAJAS GOMEZ,

           Petitioner,

   v.

DAN WHITE,

           Respondent.

Case No. C22-5897-MJP-MLP

ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court on Respondent's second motion for an extension of time to file an answer to Petitioner's petition for writ of habeas corpus. (Dkt. # 10.) Respondent previously requested, and was granted, a 28-day extension of the original deadline. (*See* dkt. ## 8-9.) Respondent now seeks an additional 30 days to file his answer to Petitioner's petition. (Dkt. # 10.) Petitioner objects to the second extension, citing his serious medical conditions and his concern that his health "may take a turn for the worst" before this action is resolved, and he asks that this matter be expedited. (Dkt. # 11.) While the Court understands Petitioner's desire to have this matter resolved as expeditiously as possible, the extension requested by Respondent is a relatively

ORDER GRANTING RESPONDENT'S
SECOND MOTION FOR EXTENSION
OF TIME - 1

modest one, particularly in light of the lengthy petition and extensive supporting materials Petitioner has presented to the Court for consideration.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Respondent's second motion for an extension of time to file his answer to Petitioner's federal habeas petition (dkt. # 10) is GRANTED. Respondent is directed to file and serve his answer not later than *April 12, 2023*.

(2) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Marsha J. Pechman.

DATED this 23rd day of March, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge